WRIGHT, FINLAY & ZAK, LLP
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
(702) 475-7964; Fax: (702) 946-1345
ccrowton@wrightlegal.net
*Attorney for Defendant,*
*U.S. Bank, N.A., as Trustee for the Certificate Holders of Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-AR4*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL, LLC, a Nevada limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>US BANK, N.A., a national banking association as Trustee for the Certificate Holders of Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-AR4; and LUCIA PARKS, an individual; DOES I through X, and ROE CORPORATIONS I through X, inclusive.<br><br>Defendants. | Case No.: 2:13-cv-00617-GMN-PAL<br><br>**STIPULATION AND ORDER TO REMAND CASE BACK TO STATE COURT** |

The Defendant, U.S. Bank, N.A., as Trustee for the Certificate Holders of Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-AR4, by and through their attorney of record, Chelsea A. Crowton, Esq. of the law firm of Wright, Finlay & Zak, LLP, and the Plaintiff, SFR Investments Pool, LLC, by and through their attorney of record, Diana S. Cline, Esq. of the law firm Howard Kim & Associates, hereby stipulate and agree to remand the case back the Eighth Judicial District Court of Clark County, Nevada.

///

///

1. The Defendant, U.S. Bank, N.A., as Trustee for the Certificate Holders of Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-AR4 and the Plaintiff, SFR Investments Pool, LLC, hereby stipulate and agree to the following terms:

**IT IS STIPULATED AND AGREED** that this matter be remanded back to the Eighth Judicial District Court of Clark County, Nevada, whereby the Eighth Judicial District Court of Clark County, Nevada will retain jurisdiction over this case.

**IT IS FURTHER STIPULATED AND AGREED** that each of the Parties are to bear their own attorneys' fees and costs.

DATED this 9th day of April, 2013.

WRIGHT, FINLAY & ZAK, LLP

/s/ Chelsea Crowton

Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
5532 South Fort Apache Road, Suite 110
Las Vegas, Nevada 89148
*Attorney for Defendant,*
*U.S. Bank, N.A., as Trustee for the Certificate*
*Holders of U.S. BANK Asset Securities*
*Corporation, Mortgage Pass-Through Certificates,*
*Series 2006-AR4*

DATED this 9th day of April, 2013.

HOWARD KIM & ASSOCIATIES

/s/ Diana S. Cline, Esq.

Diana S. Cline, Esq.
Nevada Bar No. 10580
400 N. Stephanie Street, Suite 160
Las Vegas, Nevada 89014
*Attorney for the Plaintiff*

## ORDER

Pursuant to the above stated Stipulations and the Court having reviewed the pleadings and papers on file, being fully advised in the premises, and good cause appearing, hereby rules as follows:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this matter be remanded back to the Eighth Judicial District Court of Clark County, Nevada, whereby the Eighth Judicial District Court of Clark County, Nevada will retain jurisdiction over this case.

///

///

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that each of the Parties are to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

**DATED** this 12th day of April, 2013.

_____
Gloria M. Navarro
United States District Judge

Respectfully Submitted By:

WRIGHT, FINLAY & ZAK, LLP

_/s/ Chelsea Crowton_
Chelsea Crowton, Esq.
Nevada Bar No.11547
5532 South Fort Apache Road, Suite 110
Las Vegas, Nevada 89148
*Attorney for U.S. Bank, N.A., as Trustee for the Certificate Holders of Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-AR4*